O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-05949 AHM (Rcx) | Date | May 4, 2011 |
|---|---|---|---|
| Title | RACHEL BACHAR v. CAPITAL ONE BANK, INC., et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |
|---|---|
| | |

**Proceedings:** IN CHAMBERS (No Proceedings Held)

Before this Court is Defendant T.D. Service Company's Motion to Dismiss the Complaint. Dkt. 14. Defendants Capital One Bank, Inc. and Mortgage Electronic Registration Systems, Inc. have also filed a Motion to Dismiss, noticed for June 6, 2011. Dkt. 21. The Court will not address these various Motions to Dismiss *in seriatim*. Accordingly, Defendant's Motion[1] will be CONTINUED until June 6, 2011.

:

Initials of Preparer SMO

[1]Dkt. 14.